HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:24-cr-00128-JLT-SKO-14 |
| *Plaintiff,* | ) ) ) | |
| vs. | ) ) | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| CALVIN GUNTETONG, | ) ) ) | |
| *Defendant,* | ) ) ) | |

Defendant Calvin Guntetong, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel. Our office has a conflict.

On June 12, 2024, an Indictment was issued in the above captioned case. Mr. Guntetong had his initial appearance in the Central District of California on June 12, 2024, and his arraignment in this district is scheduled for July 10, 2024.  Counsel is needed in advance in the Eastern District of California to assist with the arrangements for his initial appearance here.

Mr. Guntetong submits the Financial Affidavit as evidence of his inability to retain counsel.  After reviewing his Financial Affidavit it is, therefore, respectfully recommended that CJA panel counsel be appointed to represent Mr. Guntetong in the above captioned case.

DATED: June 24, 2024                    */s/ Peggy Sasso*
                                         PEGGY SASSO
                                         First Assistant Defender

# **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **June 24, 2024**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE